# IN THE SUPREME COURT OF THE STATE OF NEVADA

DELBERT CHARLES COBB,
Appellant,

vs.

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
ELY STATE PRISON,
Respondent.

No. 80628

FILED

MAR 1 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing an appeal from Justice Court. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

Review of this appeal reveals a jurisdictional defect. Appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 458 P.2d 359 (1969). Accordingly, this court lacks jurisdiction to consider this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Hardesty                                              Cadish

20-10110

cc: Hon. Steve L. Dobrescu, District Judge
Delbert Charles Cobb
Attorney General/Carson City
Attorney General/Ely
White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A